

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:          01-13-00610-CV

Trial Court Cause
Number:                2011-43156

Style:                 Brenham Oil & Gas, Inc.

                       **v** TGS-NOPEC Geophysical Company

Date motion filed[*]:  December 27, 2013

Type of motion:        Motion for Extension of Time to File Appellant's Brief

Party filing motion:   Appellant

Document to be filed:  Appellant's Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:              As provided in this Court's October 17, 2013 order, Appellant's brief will be due 30 days after the complete record is filed.

    Number of previous extensions granted:   0

    Date Requested:                 30 days after complete Reporter's Record is filed

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: <u>30 days after complete Reporter's Record is filed</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: <u>/s/ Michael Massengale</u>
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: <u>January 7, 2014</u>